# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

QUARION J. JENKINS

NO. 2021 KW 0984

OCT 1 2 2021

---

In Re:   Quarion J. Jenkins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-08-0874.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include a file-stamped copy of the motion to correct an illegal sentence, the January 21, 2009 guilty plea transcript, the district court's ruling denying the motion to correct an illegal sentence, the bill of information, the uniform commitment order, pertinent district court minutes, and any other portion of the district court record that would support the claims raised in the writ application.  Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before December 7, 2021.  Any future filing on this issue must include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT